```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 12474
    SAMUEL T BLAKE
    ERNESTINE BLAKE                               CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8954      SSN XXX-XX-1996

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/30/2004 and was confirmed 06/28/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   30.00%.

      The case was dismissed after confirmation 10/29/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
BANK ONE VALLEY NATIONAL   SECURED             7500.00         949.13         6658.06
BANK ONE VALLEY NATIONAL   UNSECURED           4880.95            .00             .00
GENERAL MOTORS ACCEPTANC   SECURED             5675.00         703.81         5039.61
GENERAL MOTORS ACCEPTANC   UNSECURED           8974.29            .00             .00
HOUSEHOLD FINANCE CORPOR   SECURED             6200.00         775.31         5445.73
WENDOVER FUNDING INC       SECURED NOT I   NOT FILED             .00             .00
AMTEC AUDIOTEXT INC        UNSECURED       NOT FILED             .00             .00
ARIZONA MAIL ORDER         UNSECURED       NOT FILED             .00             .00
BEDFORD FAIR               UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED            140.71            .00             .00
CARSON PIRIE SCOTT         UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED           1524.66            .00             .00
SHERMAN ACQUISITION LLC    UNSECURED           4267.00            .00             .00
SHERMAN ACQUISITION LLC    UNSECURED           5500.97            .00             .00
FFF INVESTMENTS            FILED LATE         14988.74            .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED           3060.63            .00             .00
FINGERHUT                  UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED           1183.10            .00             .00
THE ANSWER                 UNSECURED       NOT FILED             .00             .00
VALUE CITY                 UNSECURED       NOT FILED             .00             .00
WORLD FINANCIAL NETWORK    UNSECURED            383.20            .00             .00
SHERMAN ACQUISITION        UNSECURED           2206.63            .00             .00
CAPITAL ONE BANK           UNSECURED            618.60            .00             .00
CAPITAL ONE BANK           UNSECURED            559.08            .00             .00
HOUSEHOLD FINANCE CORPOR   UNSECURED           1662.37            .00             .00
BUFFINGTON & ASSOCIATES    DEBTOR ATTY         2,089.00                        2,089.00
TOM VAUGHN                 TRUSTEE                                             1,232.35
DEBTOR REFUND              REFUND                                                  .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 12474 SAMUEL T BLAKE & ERNESTINE BLAKE
```

```
--------------------------------------------------------------------------------
TRUSTEE                                     22,893.00

PRIORITY                                                               .00
SECURED                                                          17,143.40
    INTEREST                                                      2,428.25
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,089.00
TRUSTEE COMPENSATION                                              1,232.35
DEBTOR REFUND                                                          .00
                                       ---------------    ---------------
TOTALS                                      22,893.00          22,893.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 12474 SAMUEL T BLAKE & ERNESTINE BLAKE